

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00320-CV
### NO. 02-13-00321-CV

IN RE FI'NESS EDWARD STOKES                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and the response of the State and is of the opinion that relief should be denied because relator has an adequate remedy under article 47.01A of the code of criminal procedure.[2] Accordingly, all relief is denied.

PER CURIAM

PANEL: DAUPHINOT, MCCOY, and GABRIEL, JJ.

DELIVERED: October 1, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

[2]See Tex. Code Crim. Proc. Ann. art. 47.01A (West 2006).